IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

QUITO I. NEHEMIAH,

    Plaintiff,

v.                                       No. 1:24-cv-00929-MLG-LF

DIRECTOR OF THE OFFICE OF
PERSONNEL MANAGEMENT,

    Defendant.

### ORDER DENYING MOTION TO REINSTATE CASE AS MOOT

THIS MATTER is before the Court on plaintiff Quito Nehemiah's Motion to Reinstate Case (Doc. 60), filed on July 21, 2025. Having reviewed the motion, the law, and being otherwise fully advised, the Court will deny the motion as moot.

In the motion, Mr. Nehemiah requests that the Court reopen this case because "[a] clerk dismissed the case based on a misinterpretation of rules 59 of civil procedure a failure to notify the appellant about missing documents, as per the rules of appellate procedure." Doc. 60 at 1. To date, the Court has not dismissed this case, and the docket reflects that this case is open. Mr. Nehemiah does not cite to a document or court order to support his assertion that this case is now—or was ever—closed. The motion is therefore denied as moot.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge